IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD LAY, Jr.,

        Plaintiff,                    No. CIV S-05-2542 LKK EFB P

    vs.

Dr. HALL,

        Defendant.                ORDER

_____/

        Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On September 14, 2006, the court found plaintiff failed to file an opposition or statement of no opposition to defendant's motion to dismiss and recommended that this action be dismissed without prejudice. On October 4, 2006, plaintiff filed objections.

        Plaintiff asserts that he has not had access, and still has no access, to his legal property because he was transferred from California State Prison at Sacramento to Corcoran, and then to the California Medical Facility. He recently was returned to Corcoran. Plaintiff requests additional time to file an opposition to defendant's motion.

        Good cause appearing, it is hereby ORDERED that:

        1. The September 14, 2006, findings and recommendations are vacated; and

////

2. Plaintiff has 45 days from the date this order is served to file an opposition to defendant's motion to dismiss .

Dated: October 10, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2