IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD LAY, JR.,

       Plaintiff,                    No. CIV S-05-2542 LKK EFB P

vs.

DR. HALL,

       Defendant.               <u>ORDER</u>

_____/

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendant Hall answered the complaint on March 13, 2007. Thereafter, the court issued a schedule, pursuant to which the parties must file any dispositive motions no later than September 14, 2007. On April 2, 2007, plaintiff filed a motion for summary judgment. Defendant acknowledges the time for opposing such a motion under Local Rule 78-230(m), but seeks a 90-day extension of time so that he may conduct discovery before filing an opposition. *See* Fed. R. Civ. P. 6(b).

       Defendant's April 3, 2007, request for an extension of time is granted and defendant has 90 days from the date this order is served to file and serve an opposition to plaintiff's motion for summary judgment.

Dated: May 15, 2007.

                                                                  EDMUND F. BRENNAN
                                                                  UNITED STATES MAGISTRATE JUDGE