IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD LAY, JR.,** | 2:05-CV-02542 LKK EFB |
| Plaintiff, | **ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| **DR. HALL,** | Action Filed: December 15, 2005 |
| Defendant. | |

Pursuant to the stipulation of the parties, the above entitled case is hereby dismissed with prejudice.

Dated: August 13, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order to Dismiss with Prejudice

1